# Court of Appeals
# of the State of Georgia

ATLANTA,  February 12, 2019

*The Court of Appeals hereby passes the following order:*

## A19A0959. WALTER THOMAS JARRELL v. THE STATE.

Counsel for Appellant in the above-styled case, pursuant to Court Rule 41 (g) (2), has filed a Motion To Withdraw Appeal.

Court Rule 41 (g) (2) provides as follows:

In a criminal case, unless the State is the appellant, the motion shall include an affidavit from the defendant agreeing to the withdrawal of the appeal. Should the defendant refuse to provide an affidavit, counsel shall advise the Court of that fact and state in the motion the grounds for withdrawing the appeal.

Counsel states in the motion the defendant has been notified and asked to execute an affidavit. As of the filing of the motion, the defendant has not responded.

Said Motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  02/12/2019
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*